United States District Court
Southern District of Texas
**ENTERED**
March 06, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARNOLDO HERRERA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-00558 |
| | § | |
| WHITEROC DRYWALL, LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ON STIPULATION OF DISMISSAL

After considering the joint stipulation of dismissal filed by the parties (Dkt. No. 22), the Court **GRANTS** the stipulation and dismisses the claims of Arnoldo Herrera with prejudice. Each party shall bear its own costs and fees in this matter.

It is so **ORDERED**.

SIGNED on this 6th day of March, 2019.

_____
Kenneth M. Hoyt
United States District Judge